In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-465 CV


____________________



PHAROH ERIC JEROME BREED, Appellant



V.



RUSK STATE HOSPITAL, ET AL., Appellees






On Appeal from the 1st District Court


Jasper County, Texas


Trial Cause No. 26331






 MEMORANDUM OPINION 


 On January 26, 2006, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why he needed time for filing the record. Appellant did not respond. The
appellant is not entitled to proceed without payment of costs. Tex. R. App. P. 20.1. There
being no satisfactory explanation for the failure to file the record, the appeal is dismissed for
want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against appellant.

 APPEAL DISMISSED.


 ____________________________

 CHARLES KREGER

 Justice



Opinion Delivered March 23, 2006 

Before McKeithen, C.J., Kreger, and Horton, JJ.